HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
TEL: 916-498-5700   FAX: 916-498-5710

Attorneys for Defendant
ERLINDA JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERLINDA JOHNSON,<br><br>Defendant. | CASE NO.  2:20-cr-00116-DB<br><br>STIPULATION AND ORDER TO VACATE THE STATUS CONFERENCE AND SET FOR A CHANGE OF PLEA HEARING<br><br>DATE:   August 18, 2020<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Deborah Barnes |

IT IS HEREBY STIPULATED between the parties through their respective counsel,  Special Assistant United States Attorney ALSTYN BENNETT, Assistant Federal Defender LINDA C. ALLISON attorney for ERLINDA JOHNSON, that the Court vacate the status conference on August 18, 2020 and set a change of plea hearing for August 18, 2020 at 9:30 a.m.

DATED:  August 13, 2020

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Assistant to the Federal Defender
Attorneys for Defendant
EMILIO ELIZARRARAZ

/ / /

/ / /

1

Dated:  August 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ Linda C. Allison for
ALSTYN BENNETT
Special Assistant United States Attorney

ORDER

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically orders that status conference hearing on August 18, 2020 shall be vacated and a change of plea hearing be set for August 18, 2020 at 9:30 a.m.

Dated:  August 14, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2